UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| CHARLES COLE,<br>Plaintiff,<br>v.<br>STATE FARM LLOYDS,<br>Defendant. | No.6:26 -CV-398-CRW-DNM |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Dan N. MacLemore. Dkt. No. 6. The report and recommendation evaluates Defendant State Farm Lloyds's motion (Dkt. No. 5). Judge MacLemore issued the report and recommendation on August 31, 2026. As of the date of this order, no party has filed objections to the report and recommendation.

A party may file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b)(1). When no objections are timely filed, the Court reviews the magistrate judge's report and recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989).

Because the parties have not filed timely objections, the Court has reviewed Judge MacLemore's report and recommendation for clear error. Having found no such error, the Court finds that the report and recommendation should be adopted.

Accordingly, the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 6) is **ADOPTED**.

It is therefore **ORDERED** that State Farm Lloyds's motion to dismiss for failure to state a claim (Dkt. No. 5) is **GRANTED**.

So ordered on September 30, 2026.

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE